| | |
|---|---|
| 1 | |
| 2 | |

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Elizabeth Ann Sangimino, et al )
              Plaintiff(s), )
   v. )
Bayer CORP, et al, )
              Defendant(s). )

Case No: 3:17-cv-01488-V

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Fidelma L. Fitzpatrick, an active member in good standing of the bar of Rhode Island Supreme Ct., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Breanne V. Cope, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 55 Cedar Street, Suite 100<br>Providence, RI 02903 | 28 Bridgeside Blvd<br>Mount Pleasant, SC 29464 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (401) 457-7700 | (843) 216-9000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ffitzpatrick@motleyrice.com | bcope@motleyrice.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5417.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/17/17                                  Fidelma L. Fitzpatrick
                                                                     APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Fidelma L. Fitzpatrick is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 18, 2017.

                                                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE