# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Elizabeth Ann Sangimino, et al )
                                 ) Case No: 3:17-cv-01488-V
             Plaintiff(s), )
                                 ) **APPLICATION FOR**
      v.                               ) **ADMISSION OF ATTORNEY**
                                 ) **PRO HAC VICE**
Bayer CORP, et al,                ) (CIVIL LOCAL RULE 11-3)
                                 )
             Defendant(s). )

     I, Louis M. Bograd, an active member in good standing of the bar of Sup. Ct. Dist of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Breanne V. Cope, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 401 9th St. NW Suite 1001<br>Washington, DC 20004 | 28 Bridgeside Blvd<br>Mount Pleasant, SC 29464 |
| MY TELEPHONE # OF RECORD:<br>(202) 386-9623 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(843) 216-9000 |
| MY EMAIL ADDRESS OF RECORD:<br>lbograd@motleyrice.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>bcope@motleyrice.com |

     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 384566.

     A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

     *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/30/17                                                  Louis M. Bograd
                                                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

     IT IS HEREBY ORDERED THAT the application of Louis M. Bograd is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 30, 2017.

                                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE