# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH ANN SANGIMINO, et al., )
                          Plaintiff(s), )
    v. )
BAYER CORP., et al., )
                          Defendant(s). )

Case No: 3:17-cv-01488-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Rebecca K. Wood, an active member in good standing of the bar of D.C. Ct. of App., N.Y. Ct. App., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants and Specially Appearing Defendants in the above-entitled action. My local co-counsel in this case is Alycia A. Degen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1501 K. Street, N.W.<br>Washington, DC 20005 | 555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (202) 736-8000 | (213) 896-6600 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| rwood@sidley.com | adegen@sidley.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 473616 (DC) 2984409 (NY).

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2017

                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Rebecca K. Wood is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 1, 2017.

                                      UNITED STATES DISTRICT/MAGISTRATE JUDGE